_____



SO ORDERED,

*Jason D. Woodard*

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                    CHAPTER 13 CASE NO.:

**JAKALA WILLIAMS**                                                                       **17-14415-JDW**

### ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to **ALLIANCE HEALTHCARE** should be released.

IT IS, THEREFORE, ORDERED, that the Debtor's former employer, **ALLIANCE HEALTHCARE, P.O. BOX 6000, ATTN: PAYROLL, HOLLY SPRINGS, MS 38635,** is hereby directed to cease deductions from the Debtor's wages and remit any funds presently held to the Chapter 13 Trustee at **Locke D. Barkley, Chapter 13 Trustee, P.O. Box 1859, Memphis, TN, 38101-1859.**

##END OF ORDER##